[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 24-12721

Non-Argument Calendar

_____

TAMIKA SEAY,

Plaintiff-Appellant,

*versus*

STATE OF GEORGIA,
ASHLEY STINSON,

Defendants- Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-01490-LMM

_____

Before BRANCH, LAGOA, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Tamika Seay's *pro se* notice of appeal may be reasonably construed as seeking to appeal from one or both of two orders, neither of which is appealable to us in this appeal. *Campbell v. Air Jam. Ltd.*, 760 F.3d 1165, 1168 (11th Cir. 2014) (holding that *pro se* filings are liberally construed).

First, to the extent that Seay seeks to appeal from an order of the state court resolving her October 1, 2020 motion for reconsideration, we lack jurisdiction to review such an order. *See* 28 U.S.C. § 1294(1) (providing jurisdiction to review decisions of federal district courts within our territorial jurisdiction); *Vasquez v. YII Shipping Co.*, 692 F.3d 1192, 1195 (11th Cir. 2012) (holding that we lack jurisdiction to directly review state court decisions).

Second, when considering Seay's notice of appeal in conjunction with her appellate brief, her notice may be construed as seeking to appeal from the district court's August 12, 2024 order dismissing her complaint in case number 1:24-mi-83. However, to the extent that Seay seeks to challenge that order, we lack jurisdiction to review it in this appeal, because that order was not entered in the civil case from which this appeal proceeds. Rather, Seay must pursue any challenge to that order in appeal number 24-12729, the appeal proceeding from case number 1:24-mi-83.

24-12721                    Opinion of the Court                    3

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.